1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   PAULINE MARIE HOGAN,                    Case No. 2:25-cv-02306-CSK

12                  Plaintiff,

13          v.                               ORDER GRANTING IFP AND
                                             DIRECTING E-SERVICE
14   COMMISSIONER OF SOCIAL
     SECURITY,                               (ECF No. 2)
15
                    Defendant.
16

17          Presently pending before the Court is Plaintiff Pauline Marie Hogan's motion for

18   leave to proceed in forma pauperis. *See* 28 U.S.C. § 1915 (authorizing the

19   commencement of an action "without prepayment of fees or security" by a person that is

20   unable to pay such fees).[1] (ECF No. 2.) Plaintiff submitted the required affidavit, which

21   demonstrates an inability to prepay fees and costs or give security for them. Accordingly,

22   IT IS HEREBY ORDERED that:

23          1.     Plaintiff's request to proceed in forma pauperis (ECF No. 2) is GRANTED;

24          2.     The Clerk of Court is directed to issue a summons for this case;

25          3.     In keeping with the Court's e-service procedure for Social Security cases,[2]

26   _____

27   [1]  Actions involving review of Social Security decisions are referred to a magistrate
     judge pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. L.R. 302(c)(15).

28   [2]  https://www.caed.uscourts.gov/caednew/index.cfm/news-archive/new-social-security-

                                                1

service on the Defendant Commissioner of Social Security Administration shall proceed under the Court's e-service program as follows. Once a summons is issued, the Clerk of Court shall deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses a notice of electronic filing of the action along with the summons and complaint. The Commissioner has agreed not to raise a defense of insufficient service of process if provided with notice of a complaint as detailed in this order. This order is not intended to prevent parties from making any other motions that are appropriate under the Federal Rules of Civil Procedure; and

4.     The Clerk of the Court is directed to serve the undersigned's scheduling order in Social Security cases.

Dated:  August 21, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

5, hoga.2306.25

case-procedures-effective-after-june-15-2021/.

2